

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00340-CV

**IN THE MATTER OF S.A.H.**,

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014JUV01290
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

Appellant has filed a pro se motion claiming indigence and requesting a copy of the appellate record. When we received a copy of appellant's notice of appeal, it contained a copy of an Order Appointing Appellate Counsel. The order reflects appellant is indigent and has appointed appellate counsel. Appellant can obtain a copy of the record through his appointed appellate counsel. Therefore, to obtain a copy of the record, appellant must contact his appointed appellate counsel. Accordingly, appellant's motion is **DENIED**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court